MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH MOHAMED NAGUIB SALAH ALI,<br><br>                 Plaintiffs,<br><br>   v.<br><br>USCIS, ET AL.,<br><br>                Defendant. | CASE NO. 2:25-CV-00215 DJC-CSK<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY |

      The Defendants respectfully request to stay this case through September 19, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Ali's pending asylum application, which he filed in 2019. USCIS has scheduled Plaintiff Ali's asylum interview for May 22, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Ali's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. If USCIS needs to reschedule Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the initial appointment.

///

///

1

The parties therefore stipulate that this matter be stayed September 19, 2025.  The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated:  March 6, 2025                         MICHELE BECKWITH
                                                 Acting United States Attorney

                                        By:  /s/ ELLIOT C. WONG
                                                    ELLIOT C. WONG
                                                    Assistant United States Attorney

Dated: March 6, 2025                   By:     /s/ JESSICA ARENA
                                                        JESSICA ARENA
                                                        Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated:  March 7, 2025                        /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE